## People of the State of Illinois, Plaintiff-Appellee, v. David Ernest Ford, Defendant-Appellant.

Gen. No. 49,716. 

First District, Second Division.

March 2, 1965.

Rehearing denied April 14, 1965.

Jack G. Stein, of Chicago (Francis X. Riley, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas A. Hett, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.